UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action

No: 1:26-cv-12447-NMG

Petitioner

Wanderson De Oliveira-Leao

v.

Respondent

Antone Moniz et al

Order of Dismissal

GORTON, D.J.

In accordance with the Status Report entered on June 15, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan

Docket Clerk

June 16, 2026